S. LANE TUCKER
United States Attorney

JENNIFER IVERS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: jennifer.ivers@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 3:24-cr-00036-SLG-KFR |
|---|---|
| Plaintiff, | COUNT 1<br>FELON IN POSSESSION<br>  Vio. of 18 U.S.C. §§ 922(g) (1), 924(a)(8) |
| vs. | |
| CORY LEE WATTS, | CRIMINAL FORFEITURE ALLEGATION<br>  18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) and Fed. R. Crim. P. 32.2(a) |
| Defendant. | |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

On or about August 18, 2023, within the District of Alaska, the defendant, CORY LEE WATTS, knowing that he had been convicted of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: a KelTec PF-9 9mm-caliber pistol.

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

Convictions

| Conviction Date | Offense | Court | Case No. |
|---|---|---|---|
| February 22, 2021 | Felon in Possession | United States District Court for the District of Alaska | 3:20-cr-00069-JMK-MMS |
| September 1, 2017 | Third Degree Assault | Superior Court for the State of Alaska at Anchorage | 3AN-17-03805CR |
| September 1, 2017 | Third Degree Misconduct Involving a Weapon – Felon in Possession | Superior Court for the State of Alaska at Anchorage | 3AN-17-03805CR |
| February 10, 2014 | Third Degree Misconduct Involving a Weapon – Fire from Vehicle | Superior Court for the State of Alaska at Anchorage | 3AN-13-13390CR |

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), as set forth in Count 1 of this Indictment, the defendant, CORY LEE WATTS, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved or used in commission of the offense, including, but not limited to:

1. One KelTec PF-9 9mm-caliber pistol, S/N STP20; and

2. Any associated accessories, magazines, and ammunition.

All pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Jennifer Ivers
JENNIFER IVERS
Assistant U.S. Attorney
United States of America

s/ Kate Vogel for
S. LANE TUCKER
United States Attorney

DATE: 3/19/2024